196

## EPPLE v. STATE. (No. 12016.)

Court of Criminal Appeals of Texas.
Oct. 9, 1929.

For former opinion, see 18 S.W.(2d) 625.

HAWKINS, J. Appellant requests permission to file second motion for rehearing. Nothing is called to our attention which was overlooked in our former consideration of the case.

The request will be denied.